## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **LARRY SAUVE,** | ) |
| | ) |
| **Petitioner,** | ) |
| **v.** | )          **Civil No.    07-125-P-S** |
| | ) |
| **SHERIFF DION,** | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 24) filed February 26, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Respondent's Motions to Dismiss (Docket No. 21) is **GRANTED**.  The Petitioner's 28 U.S.C. §2254 Petition (Docket No. 1) is **DISMISSED** without prejudice to Suave's right to renew a petition pursuant to 28 U.S.C. § 2241 should he return to the status of a pretrial detainee unable to post bond or should his trial be delayed substantially beyond April 8, 2008, for reasons beyond his control.

 /s/ George Z. Singal           __
Chief United States District Judge

Dated this 18th day of March, 2008.